# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

# CHANGE OF MAILING ADDRESS FOR DEBTOR(S)

Name of Debtor(s) listed on the bankruptcy case:     CASE NO.: __16-32728__

Chadell M Tribett     Chapter: __13__

1. This change of mailing address is requested by:   [✓] Debtor     [ ] Joint Debtor

2. Old Address:

   Name(s): Chadell M Tribett

   Mailing Address: 14815 Morgan St.

   City, State, Zip Code: Harvey, IL 60426

3. New Address:

   Mailing Address: 9147 S. Woodlawn Ave.

   City, State, Zip Code: Chicago IL 60619

4. [ ] Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

   Debtor's DeBN account number: _____

   Joint Debtor's DeBN account number: _____

Date: 8/22/2017

DAVID H CUTLER
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

Debtor's Attorney
Title (if applicable, of corporate officer, partner or agent)

---

**This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015**

8/2015bgb