UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Chadell Tribett<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-32728<br><br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given, the Court orders as follows:

IT IS HEREBY ORDERED:

1. The Debtor's plan is modified post-confirmation to defer the unpaid tax refund for 2016 to the end of the plan.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  September 28, 2017

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600