UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-32728 |
| Chadell M Tribett | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT/INCUR DEBT**

This matter coming to be heard on the motion of the Debtor to obtain credit/incur debt; after due notice having been given and the opportunity for a hearing thereon and the Court being fully advised of the matter herein,

IT IS HEREBY ORDERED THAT:

The Debtor is permitted to incur financing in the amount not to exceed $14,211.96 for the purchase of a 2012 Chevrolet Traverse or similar vehicle, with bi-weekly payments not to exceed $232.53 or monthly payments not to exceed $503.82/mo for a term of 42 months. The interest rate shall not exceed 23.139%.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: June 14, 2018

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600