UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-32728
Chadell Tribett )
) Chapter: 13
) Honorable Timothy Barnes
Debtor(s) )

**ORDER EXTENDING TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR**

THIS MATTER coming to be heard on the Motion to Extend Time for Debtor to File Claim on behalf of Creditor; after due notice having been given and hearing thereon, and the court having been fully advised of the matter;

IT IS HEREBY ORDERED:

1. The time for the Debtor to file an unsecured priority claim on behalf of the Internal Revenue Service is extended to November 22, 2018; and

2. Nothing in this order shall require trustee to perform collections regarding any prior payments made to creditors.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 08, 2018

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600