UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Chadell Tribett<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  16-32728<br><br>Chapter:  13<br>Honorable Timothy Barnes |

### ORDER MODIFYING THE PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $450 a month, beginning December 2018, until the end of the plan.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  November 08, 2018

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600