CLAIM FOR TAXES IMPOSED BY THE INTERNAL REVENUE LAWS OF THE UNITED STATES IN THE UNITED STATES BANKRUPTCY COURT FOR THE <u>NORTHERN</u> DISTRICT OF ILLINOIS <u>EASTERN</u> DIVISION.

| | |
|---|---|
| <u>IN THE MATTER OF</u><br>Chadell M. Tribett<br>9147 S. Woodlawn Ave.<br>Chicago, IL. 60619 | <u>DOCKET NUMBER</u><br>16-32728<br><br><u>TYPE OF PROCEEDING</u><br><br>CHAPTER 13 |

## WITHDRAWAL OF CLAIM

THE UNITED STATES OF AMERICA BY THE UNDERSIGNED OFFICER OF THE INTERNAL REVENUE SERVICE, A DULY AUTHORIZED AGENT IN THIS BEHALF, HEREBY WITHDRAWS THE PROOF OF CLAIM FOR FEDERAL TAX FILED IN THE PROCEEDING AS FOLLOWS:

| KIND OF TAX AND PERIOD | AMOUNT DUE | DATE ASSESSED |
|---|---|---|
| 1040/12-31-2015 | $6,734.79 | 12/25/2017 |

REMARKS:
IRS proof of claim 18-1 is being withdrawn.

DATED THIS 13TH DAY OF FEBRUARY   2019

UNITED STATES OF AMERICA

BY:   K. Williams
_____
  for  CHIEF, INSOLVENCY GROUP 1

THE RIGHT TO WITHDRAW THIS CLAIM IS HEREBY GRANTED