UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-32728 |
| Chadell M Tribett | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

  1. The Debtor's plan is modified post-confirmation that the Debtor is permitted to keep $1,200 of each year's tax refunds beginning with her 2018 refund, and

  2. The Debtor's plan payment is increased to $670 a month beginning June 2019 to account for and cure debtor's failure to turnover her 2018 tax refund to the trustee in the amount of $5,931 and deferring the default, thereby increasing the pot amount only by $5,931.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 16, 2019

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600