IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **In re:**   **Chadell M Tribett** | ) ) | **16 B 32728** |
| Debtor(s), | ) ) ) | **Judge Timothy A Barnes** |

*Notice of Objection*

The Trustee objects to the Motion.

                                                    Marilyn O. Marshall,
                                                  Standing Trustee

                                                  /s/ O. Anthony Olivadoti
                                                  By: O. Anthony Olivadoti

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532