IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re: ) Case No.: 16-32728
Chadell M Tribett )
) Chapter 13
)
) Judge Timothy A. Barnes
)
Debtor(s) )

## AFFIDAVIT REGARDING REPLACEMENT FURNITURE

I, Debtor, Chadell M Tribett, state that:

1) The furniture that I purchased was replacement furniture to replace my water damaged furniture. The replacement furniture I purchased consisted of a sofa, loveseat, table and 4 chairs, 2 bar stool chairs, bed frames, 2 bedroom chests of drawers and 2 mattresses and curtains. I had moved in January of 2020 as there was a great deal of water damage in my prior rental, a pipe burst causing damage in the ceiling and water flooded, soaking and damaging furniture in the living room and bedrooms so that the furniture was unusable. The water damaged furniture could not be saved, the items were not salvageable and needed to be replaced.

_____
Chadell M Tribett

Subscribed and sworn to before me this 14 day of June, 2020.

_____
Notary Public

OFFICIAL SEAL
ORELIA HARRINGTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/17/23

My commission expires 17 Aug, 2023.