UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 16-32728 |
| Chadell M Tribett ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given,

IT IS SO ORDERED:

1. The Debtor is allowed to keep all of her 2019 tax refund.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: June 18, 2020

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600